# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

Case No.

PORSCHE KNIGHT,

    Plaintiff,

v.

STATE OF FLORIDA, THE FLORIDA SENATE,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, **THE FLORIDA SENATE** ("**Defendant**"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files its Notice of Removal of the above civil action pending in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division, being the district in which the action is pending.  In support of this Notice of Removal, Defendant respectfully states as follows:

    1.    On June 21, 2023, Plaintiff **PORSCHE KNIGHT** ("**Plaintiff**") commenced this lawsuit by filing a five count Complaint before the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, Case No. 2023 CA 001729 (the "**State Court Action**"), alleging causes of action against Defendant, her

former employer, for whistleblower retaliation under Section 112.3187, Fla. Stat.; race and gender discrimination, as well as retaliation, under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e ("**Title VII**") and the Florida Civil Rights Act; and disability discrimination under the Americans with Disabilities Act, 42 U.S.C. § 12101 ("**ADA**").  Plaintiff also seeks damages under 42 U.S.C. § 1981a ("**Section 1981a**").  Compl. ¶¶ 1, 3, 100-141.

2.  On July 13, 2023, Defendant was personally served via process server. This Notice of Removal is timely filed within thirty (30) days after receipt of the initial pleading through service on Defendant, or otherwise, pursuant to 28 U.S.C. § 1446(b)(1).

3.  This lawsuit is brought pursuant to two federal statutes: Title VII and the ADA.  In addition, Plaintiff seeks damages under 42 U.S.C. § 1981a.  The action is, therefore, a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337(a), and one which may be removed by Defendant to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  This Court has supplemental jurisdiction over Plaintiff's state law claims under the provisions of 28 U.S.C. § 1367 in that these claims are so related to the federal claims in the action that they form part of the same case and controversy.

4. Venue is proper in this district. The State Court in which this action was commenced is within this Court's district and division. Therefore, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

5. In accordance with 28 U.S.C. § 1446(a), Defendant attaches hereto a copy of the Civil Summons and Complaint, documentation showing service of the same on Defendant, and State Court Orders which constitute all process, pleadings or orders previously filed or served upon Defendant in the State Court Action.

6. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on Plaintiff's counsel and filed with the Clerk of Court for the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, where the State Court Action was originally filed.

7. Defendant will file its responsive pleading in this Court in accordance with Federal Rule of Civil Procedure 81(c)(2), which provides that a removing defendant shall file its responsive pleading within seven days after a notice of removal is filed.

**WHEREFORE**, Defendant respectfully requests that the Court enter an Order causing the above-entitled action to be removed to this Court for further proceedings; that this Court take jurisdiction herein; and that this Court grant Defendant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(305) 347-7337
(305) 347-7837 (Facsimile)
DNordby@shutts.com
RGL@shutts.com


By: *s/ Rene Gonzalez-LLorens*
    Daniel E. Nordby
    Florida Bar No. 14588
    Rene Gonzalez-LLorens
    Florida Bar No. 53790


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal was sent via e-mail and regular mail on this 10th day of August, 2023, to:

Marie A. Mattox, Esq,
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
Email: marie@mattoxlaw.com
Email: marlene@mattoxlaw.com
Email: michelle@mattoxlaw.com
*Attorneys for Plaintiff*

*s/ Rene Gonzalez-LLorens*
Of Counsel