UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PORSCHE KNIGHT,

    *Plaintiff*,

v.                                CASE NO. 4:23-cv-350-AW/MAF

STATE OF FLORIDA, THE FLORIDA
SENATE,

    *Defendant*.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

Plaintiff **PORSCHE KNIGHT** and Defendant, **STATE OF FLORIDA, THE FLORIDA SENATE,** notify the Court that the Parties have settled this matter in mediation, and are in the process of finalizing a settlement agreement. The Parties request that the Court allow them thirty days within which to submit their Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
(305) 347-7337
(305) 347-7837 (Facsimile)
DNordby@shutts.com
Rllorens@shutts.com

By: *s/ Rene Gonzalez-LLorens*
    Daniel E. Nordby
    Florida Bar No. 14588
    Rene Gonzalez-LLorens
    Florida Bar No. 53790

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th of February, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will send notice to:

Marie A. Mattox, Esq.
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
Email: marie@mattoxlaw.com
Email: marlene@mattoxlaw.com
Email: michelle@mattoxlaw.com
*Attorneys for Plaintiff*

*s/ Rene Gonzalez-LLorens*
Rene Gonzalez-LLorens

MIADOCS 27606698 1