IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PORSCHE KNIGHT,**

    **Plaintiff,**

**v.**                                                  **Case No. 4:23-cv-350-AW-MAF**

**FLORIDA SENATE,**

    **Defendant.**

_____/

## ORDER REGARDING SETTLEMENT

The parties have settled. ECF No. 35. All deadlines are stayed. The court will dismiss the case without further notice unless, within 30 days, the parties file a joint stipulation of dismissal or any party shows why the case should continue.

SO ORDERED on February 15, 2024.

                                                        s/ *Allen Winsor*
                                                        United States District Judge