# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PORSCHE KNIGHT,**

    **Plaintiff,**

**v.**                                       **Case No. 4:23-cv-350-AW-MAF**

**FLORIDA SENATE,**

    **Defendant.**

_____/

## **JUDGMENT**

Based on the parties' settlement, the case is dismissed.

                                                   JESSICA J. LYUBLANOVITS
                                                   CLERK OF COURT

<u>March 19, 2024</u>                                    <u>s/ KELLI MALU</u>
Date                                                        Deputy Clerk: Kelli Malu